

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00214-CR

| | | |
|---|---|---|
| JOHN STEVEN KOUTSOUFIS, Appellant | § | On Appeal from County Criminal Court No. 5 |
| | | of Tarrant County (1854283) |
| | § | |
| V. | | August 7, 2025 |
| | § | |
| | | Memorandum Opinion by Justice Kerr |
| | § | |
| THE STATE OF TEXAS | | (nfp) |
| | § | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
        Justice Elizabeth Kerr